1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

Case #2:20-cv-01736

9

RICHARD K. JOYCE, et al.

10

Plaintiff(s),

11

vs.

12

PFIZER INC., et al.

13

14

Defendant(s).

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

15

16          Sharon D. Mayo          , Petitioner, respectfully represents to the Court:
                (name of petitioner)

17

18      1.    That Petitioner is an attorney at law and a member of the law firm of

            Arnold & Porter Kaye Scholer LLP

19                              (firm name)

20   with offices at            Three Embarcadero Center, 10th Floor            ,
                                    (street address)

21

22          San Francisco                      California              94111
                (city)                            (state)             (zip code)

23          415.471.3100                sharon.mayo@arnoldporter.com
         (area code + telephone number)            (Email address)

24

25      2.    That Petitioner has been retained personally or as a member of the law firm by

            Defendants Pfizer Inc., et al.            to provide legal representation in connection with
26                  [client(s)]

27   the above-entitled case now pending before this Court.

28

Rev. 5/16

3.    That since <u>December 4, 1990</u>, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of <u>    California    </u>
(state)      
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States Supreme Court | December 6, 2010 | |
| Ninth Circuit | June 14, 1993 | |
| Eleventh Circuit | January 4, 2012 | |
| Central District of California | January 23, 1991 | |
| Northern District of California | October 18, 1991 | |
| Southern District of California | October 16, 1991 | |
| Eastern District of California | May 2, 2002 | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.   That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.   That Petitioner is a member of good standing in the following Bar Associations.

> None.

8.   Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.   Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.   Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.   Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                      Petitioner's signature

STATE OF _California_ )

5  COUNTY OF _Marin_ )

6

7    _Sharon D. Mayo_, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9  STATE OF: CALIF.
COUNTY OF: MARIN                               Petitioner's signature

10  Subscribed and sworn to before me this

11  _2nd_ day of _NOVEMBER_, _2020_.

12

13                                                     FAATI MAROOFI
NOTARY PUBLIC · CALIFORNIA
COMMISSION # 2329655
MARIN COUNTY
My Comm. Exp. June 14, 2024

         Notary Public or Clerk of Court

14  NOTARY FOR: SHARON D. MAYO

15

16           **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
            **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate ___Justin S. Hepworth___,

19                                         (name of local counsel)

Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20

above-entitled Court as associate resident counsel in this action.  The address and email address of

21

said designated Nevada counsel is:

22

23                        6720 Via Austi Parkway, Suite 300___,
                              (street address)

24

25  ___Las Vegas___, ___Nevada___, ___89119___,
     (city)                        (state)           (zip code)

26  ___702-805-0290___, ___jhepworth@efstriallaw.com___.
  (area code + telephone number)     (Email address)

27

28                                4                       Rev. 5/16

1    By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2    agreement and authorization for the designated resident admitted counsel to sign stipulations

3    binding on all of us.

4

5                 **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7        The undersigned party(ies) appoint(s) _____ Justin S. Hepworth _____ as
                                                            (name of local counsel)
8    his/her/their Designated Resident Nevada Counsel in this case.

9

10   _____
     (party's signature)

11
     Daniel Healey, Senior Corporate Counsel, Pfizer Inc.
12   _____
     (type or print party name, title)

13   _____
     (party's signature)
14

15   _____
     (type or print party name, title)
16

17                        **CONSENT OF DESIGNEE**
         The undersigned hereby consents to serve as associate resident Nevada counsel in this case.
18

19   _____
20   Designated Resident Nevada Counsel's signature

21       10080                          jhepworth@efstriallaw.com
     _____
     Bar number                         Email address
22

23   **APPROVED:**

24   **DATED this** 6th day of November, 2020.

25

26

27   _____
     RICHARD F. BOULWARE, II
28   **United States District Judge**                    5                        Rev. 5/16



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *<u>SHARON DOUGALSS MAYO</u>*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that SHARON DOUGLASS MAYO, #150469, was on the 4th day of December 1990, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 8th day of October 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
*I. Calanoc, Senior Deputy Clerk*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** was served on counsel of record this 5th day of November, 2020 using the Court's CM/ECF System.

_/s/ Faith Radford_
An Employee of Evans Fears & Schuttert LLP