# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD K. JOYCE, et al.,

    Plaintiff(s),

vs.

PFIZER INC., et al.,

    Defendant(s).

Case #2:20-cv-01736-RFB-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Daniel M. Meyers_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Arnold & Porter Kaye Scholer_____
(firm name)

with offices at __70 West Madison Street, Suite 4200__,
(street address)

__Chicago__, __Illinois__, __60602__,
(city)     (state)      (zip code)

__(312) 583-2393__, __daniel.meyers@arnoldporter.com__.
(area code + telephone number)   (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by __all Defendants in this matter__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 11/05/2009 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Illinois (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| State of Wisconsin | 06/09/2009 | 1074268 |
| U.S. District Court, Northern District of Illinois | 02/26/2014 | 6299509 |
| U.S. Court of Appeals for the Seventh Circuit | 07/24/2015 | N/A |
| U.S. District Court, Eastern District of Michigan | 06/14/2018 | N/A |
| U.S. District Court, Central District of Illinois | 09/25/2020 | N/A |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

> (State "none" if Petitioner has never been denied admission.)
>
> None

7. That Petitioner is a member of good standing in the following Bar Associations.

> (State "none" if Petitioner is not a member of other Bar Associations.)
>
> None other than those set forth above

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

*Daniel Meyers*
*Signed on 2020/11/05 10:04:05 -8:00*

_____
Petitioner's signature

STATE OF ____Maryland____ )
)
COUNTY OF ____Prince George's____ )

____Daniel M. Meyers____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

*Daniel Meyers*
*Signed on 2020/11/05 10:04:05 -8:00*

_____
Petitioner's signature

Subscribed and sworn to before me this

5th day of November, 2020.

*Hazel A. Lavarn-Walker*
*Signed on 2020/11/05 10:04:05 -8:00*
_____
Notary Public or Clerk of Court

HAZEL A LAVARN-WALKER
NOTARY PUBLIC
PRINCE GEORGES COUNTY
MARYLAND
My Commission Expires Mar 23, 2023

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Justin S. Hepworth____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____6720 Via Austi Parkway, Suite 300____,
(street address)

____Las Vegas____, ____Nevada____, ____89119____,
(city)                  (state)              (zip code)

____702-805-0290____, ____jepworth@efstriallaw.com____.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Justin S. Hepworth_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_____
(party's signature)

Daniel Healey, Senior Corporate Counsel, Pfizer Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

10080                    jhepworth@efstriallaw.com
Bar number               Email address

APPROVED:

DATED this  6th day of November, 2020

_____
RICHARD F. BOULWARE, II
United States District Judge

5

Rev. 5/16




## Joyce v. Pfizer NV Dist. - D Meyers PHV 11.5.20.pdf

| | |
|---|---|
| DocVerify ID: | 038B2039-E616-4142-A3F0-B84838113DDF |
| Created: | November 05, 2020 09:35:33 -8:00 |
| Pages: | 5 |
| Remote Notary: | Yes / State: MD |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

### E-Signature Summary

**Signer 1: Daniel Meyers (DMM)**
November 05, 2020 10:04:05 -8:00 [ACA981BBDF62] [192.203.255.19]
Daniel.Meyers@arnoldporter.com (Principal) (Personally Known)

**E-Signature Notary: Hazel A. Lavarn-Walker (HLW)**
November 05, 2020 10:04:05 -8:00 [5BC01914B851] [192.203.254.20]
hlavarnwalker@gmail.com
I, Hazel A. Lavarn-Walker, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.

DocVerify ID: 038B2039-E616-4142-A3F0-B84838113DDF

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Daniel M. Meyers

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/2009 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 14th day of October, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** was served on counsel of record this 5th day of November, 2020 using the Court's CM/ECF System.

*/s/ Faith Radford*
An Employee of Evans Fears & Schuttert LLP