# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| RICHARD K. JOYCE, JO GOLDSMITH, AND MARIE COPPLA, INDIVIDUALLY, AND AS THE REPRESENTATIVE OF THE ESTATE OF JUDITH M. COPPLA, DECEASED, | X : : : : : : | Case No.: 2:20-cv-01736-RFB-DJA |
| Plaintiffs, | : : : | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41** |
| vs. | : : | |
| PFIZER, INC., PHARMACIA LLC f/k/a PHARMACIA CORPORATION, PARKE, DAVIS & COMPANY LLC as successor-in-interest of PARKE, DAVIS & COMPANY, AND WARNER-LAMBERT COMPANY LLC f/k/a WARNER-LAMBERT COMPANY | : : : : : : : : | |
| Defendants. | X | |

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their respective counsel indicated below, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed with prejudice as to all Defendants, with each party to bear its own costs and attorneys' fees.

Dated:  December 29, 2021

| PLAINTIFFS | DEFENDANTS |
|---|---|
| By: */s/ Connor G. Sheehan* | By: */s/ Kelly A. Evans* |
| Connor G. Sheehan* | Kelly A. Evans, Esq. |
| Texas Bar No. 24046827 | Nevada Bar No. 7691 |
| csheehan@dunnsheehan.com | Chad R. Fears, Esq. |
| **DUNN SHEEHAN LLP** | Nevada Bar No. 6970 |
| 3400 Carlisle Street, Suite 200 | Justin S. Hepworth, Esq. |
| Dallas, Texas 75204 | Nevada Bar No. 10080 |
| Phone: 214.866.0077 | **EVANS FEARS & SCHUTTERT LLP** |
| Fax: 214.866.0070 | 6720 Via Austi Parkway, Suite 300 |
| | Las Vegas, Nevada 89119 |
| Robert A. Mosier* | Telephone:  702-805-0290 |
| California Bar No. 164241 | Facsimile:  702-805-0291 |
| **SANDERS PHILLIPS GROSSMAN** | Email: kevans@efstriallaw.com |

| | |
|---|---|
| 2860 Michelle Drive, Suite 220<br>Irvine, CA 92630<br>Telephone: (949) 233-7002<br>Facsimile: (888) 307-7697<br>rmosier@thesandersfirm.com<br><br>Brian D. Nettles, Esq.<br>**NETTLES | MORRIS**<br>Nevada Bar No.7462<br>1389 Galleria Drive, Suite 200<br>Henderson, NV 89014<br><br>*Admitted pro hac vice | Email: cfears@efstriallaw.com<br>Email: jhepworth@efstriallaw.com<br><br>Jeffrey H. Horowitz, *Pro Hac Vice*<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>250 West 55th Street<br>New York, New York 10019-9710<br>Tel: 212.836.7572<br>Fax: 212.836.8689<br>Email: Jeffrey.Horowitz(@arnoldporter.com<br><br>Sharon D. Mayo, *Pro Hac Vice*<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>10th Floor Three Embarcadero Center<br>San Francisco, California 94111-4024<br>Tel: 415.471.3296<br>Fax: 415.471.3400<br>E-mail: Sharon.Mayo@arnoldporter.com<br><br>Daniel Meyers, *Pro Hac Vice*<br>**ARNOLD & PORTER KAYE SCHOLER LLP**<br>70 West Madison Street, Suite 4200<br>Chicago, Illinois 60602-4321<br>Tel: 312.583.2393<br>Fax: 312.583.2596<br>E-mail: Daniel.Meyers@arnoldporter.com |

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:**  December 29, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41** was served on counsel of record this 29th day of December, 2021 using the Court's CM/ECF System.

*/s/ Faith Radford*
An Employee of Evans Fears & Schuttert LLP